UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER COLEGROVE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-434 RLW |
| | ) | |
| CHRIS McBEE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Petitioner filed her petition for writ of habeas corpus in the United States District Court for the Western District of Missouri along with a Motion and Affidavit in Support of Request to Proceed as a Poor Person. ECF Nos. 1, 2. The Western District transferred the petition to this Court and at the same time, provisionally granted petitioner leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this matter. ECF No. 4. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee and will grant Petitioner leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed *in forma pauperis* is **GRANTED**.

Dated this 13th day of March, 2019.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE